THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SUDEEP BHATTACHARJEE, Appellant.

Submitted September 8, 2008; decided September 11, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE VARGAS, Appellant.

Submitted September 8, 2008; decided September 11, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WOODROW FLEMMING, Appellant, v R. WOODS, as Superintendent of Upstate Correctional Facility, Respondent.

Submitted July 7, 2008; decided September 11, 2008

Motion for reargument denied [see 10 NY3d 799 (2008)].